UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| CONNECTICUT HOSPITAL MANAGEMENT CORP. d/b/a THE STONINGTON INSTITUTE, PROPERTY RESOURCES MANAGEMENT, MICHAEL ANGELIDES, ROBERT FOX, JOHN DOES ONE THROUGH FOUR | : : : : : : : | CIVIL NO.:  3:00 CV 1987 (AHN)/(HBF) |
| Plaintiffs, V. | : : : | |
| THE CITY OF NEW LONDON, NEW LONDON ZONING BOARD OF APPEALS, REID BURDICK and TIMOTHY WEST. | : : : : | |
| Defendants. | : | OCTOBER 24, 2003 |

**REPLY TO DEFENDANTS' OPPOSITION
TO PLAINTIFF'S MOTION TO STRIKE JURY DEMAND**

**I.    INTRODUCTION**

Plaintiffs Connecticut Hospital Management Corp. d/b/a The Stonington Institute, Property Resources Management, Michael Angelides, Robert Fox and John Does One through Four ("plaintiffs") hereby reply to defendants' opposition to plaintiffs' motion to strike jury demand dated October 14, 2003 (Defs.' Opp.).  As more fully set forth herein, all parties conducted themselves throughout this litigation with the understanding that this case would be tried to the Court.  Defendants' jury demand – filed nearly 18 months after plaintiffs' Amended Supplemental Complaint – is yet another attempt by defendants to delay the resolution of this long pending case.  As a matter of fundamental fairness, defendants' jury demand should be stricken.

II.     **ARGUMENT**

Plaintiffs' filed their Supplemental Complaint and Motion for Preliminary Injunction in September 2001. Immediately thereafter, the parties engaged in an expedited discovery schedule to prepare for the injunction hearing. From October to November 2001, the parties conducted 12 depositions relating to the failed purchase and sale of the Mitchell College properties. Plaintiffs deposed each of the individual defendants[1] and Mitchell College deposed William Aniskovich regarding the allegations contained in the plaintiffs' Supplemental Complaint. Throughout that time, all of the parties shared the common understanding that plaintiffs' Supplemental Complaint was the operative pleading in this case and as to which extensive discovery was conducted.

This case was not stayed until April 2002, five months after the parties completed the expedited discovery schedule. However, defendants failed to answer the complaint and file their jury demand until March 2003, six months after the Court formally granted plaintiffs' motion to amend the pleadings in September 2002. Although the case was stayed in September 2002, the parties continued settlement discussions and addressed other case management issues with the Court's assistance. The limited stay in place at the time should not excuse defendant's failure to answer the complaint and file their jury demand within the timeframes proscribed by the federal rules.

---

[1] Plaintiff's amended the supplemental complaint in November 2001 by adding the individual defendants. Plaintiffs did not otherwise amend the factual allegations and legal claims raised in the supplemental complaint.

- 3 -

III. **CONCLUSION**

For the foregoing reasons, and for those previously set forth by plaintiffs, defendants' jury demand should be denied.

        CONNECTICUT HOSPITAL
        MANAGEMENT CORP. d/b/a THE
        STONINGTON INSTITUTE,
        PROPERTY RESOURCES
        MANAGEMENT,
        MICHAEL ANGELIDES,
        ROBERT FOX, JOHN DOES
        ONE THROUGH FOUR

By_____
   Theodore J. Tucci (ct05249)
   ttucci@rc.com
   Michael J. Kolosky (ct22686)
   mkolosky@rc.com
   Robinson & Cole LLP
   280 Trumbull Street
   Hartford, CT  06103-3597
   Tel. No.: (860) 275-8200
   Fax No.: (860) 275-8299

## CERTIFICATION

This is to certify that a copy of the foregoing was sent via facsimile and first-class mail to the following on this 24th day of October 2003.

Thomas R. Gerard, Esq.
Melinda A. Powell, Esq.
Howd & Ludorf
65 Wethersfield Avenue
Hartford, CT  06114

Thomas J. Londregan, Esq.
Brian K. Estep, Esq.
Conway & Londregan
38 Huntington Street
P. O. Box 1351
New London, CT  06320

_____
Michael J. Kolosky