UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| CONNECTICUT HOSPITAL MANAGEMENT: CORP. D/B/A THE STONINGTON INSTITUTE, PROPERTY RESOURCES MANAGEMENT, MICHAEL ANGELIDES, ROBERT FOX, JOHN DOES ONE THROUGH THREE | : : : : : : : | NO.: 3:00CV1987 (HBF) |
| v. | : : | |
| THE CITY OF NEW LONDON, NEW LONDON ZONING BOARD OF APPEALS, REID BURDICK, TIMOTHY WEST | : : : : | OCTOBER 21, 2003 |

### REQUEST FOR LEAVE TO AMEND ANSWER AND AFFIRMATIVE DEFENSES

The defendants, City of New London, Reid Burdick and Timothy West, pursuant to Rule 15(a) of the Fed. R. Civ. Pro., respectfully request leave to amend their Answer and Affirmative Defenses dated March 13, 2003, in accordance with the attached Amended Answer and Affirmative Defenses. The attached Amended Answer asserts an additional affirmative defense to claim a set-off or credit in the amount plaintiffs received from Mitchell College, Mary Ellen Jukoski and Vaughn Clapp through settlement for the claims involving the sale of the Mitchell College properties.

A memorandum of law is attached and incorporated herewith.

WHEREFORE, the defendants, City of New London, New London Zoning Board of Appeals, Reid Burdick and Timothy West respectfully request that the Court grant this Request to Amend in accordance with the attached Amended Answer and Affirmative Defenses.

>	DEFENDANTS,
>	THE CITY OF NEW LONDON, NEW LONDON ZONING BOARD OF APPEALS,
>	REID BURDICK and TIMOTHY WEST
>
>	By_____
>	  Thomas R. Gerarde
>	  ct05640
>	  Howd & Ludorf
>	  65 Wethersfield Avenue
>	  Hartford, CT  06114
>	  (860) 249-1361
>	  (860) 522-9549 fax
>	  tgerarde@hl-law.com

## **CERTIFICATION**

       This is to certify that a copy of the foregoing has been sent, handling charges prepaid, via U.S. Mail to the following counsel of record this 21st day of October, 2003.

Theodore J. Tucci, Esquire
Michael Kolosky, Esquire
Robinson & Cole, LLP
280 Trumbull Street
Hartford, CT  06103-3597

Thomas J. Londregan, Esquire
Brian Estep, Esquire
Conway & Londregan
38 Huntington Street
P.O. BOX 1351
New London, CT 06320

                                                          _____
                                                          Thomas R. Gerarde
                                                          Howd & Ludorf
                                                          65 Wethersfield Avenue
                                                          Hartford, CT  06114
                                                          (860) 249-1361