UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| CONNECTICUT HOSPITAL MANAGEMENT: CORP. D/B/A THE STONINGTON INSTITUTE, PROPERTY RESOURCES MANAGEMENT, MICHAEL ANGELIDES, ROBERT FOX, JOHN DOES ONE THROUGH THREE | : <br> : <br> : <br> : <br> : <br> : NO.: 3:00CV1987 (HBF) |
| v. | : <br> : |
| THE CITY OF NEW LONDON, NEW LONDON ZONING BOARD OF APPEALS, REID BURDICK, TIMOTHY WEST | : <br> : <br> : <br> : OCTOBER 21, 2003 |

### MEMORANDUM OF LAW IN SUPPORT OF DEFENDANTS' REQUEST FOR LEAVE TO AMEND ANSWER AND AFFIRMATIVE DEFENSES

The defendants, City of New London, Reid Burdick and Timothy West, pursuant to Rule 15(a) of the Fed. R. Civ. Pro., respectfully request leave to amend their Answer and Affirmative Defenses dated March 13, 2003, to add a special defense as a result of the settlement of the plaintiffs' claims against Mitchell College, Vaughn Clapp and Mary Ellen Jukoski.

I. **BACKGROUND**

The Court is familiar with the pleadings and procedural history in this case.  To briefly recapitulate, plaintiffs instituted the above action against the City of New London and the Zoning Board of Appeals by way of Complaint dated October 17, 2000.  Plaintiffs added additional defendants and claims in the Fall of 2001 as a result of an attempted purchase of properties owned by Mitchell College.   The Amended Complaint filed November 9, 2001 included prior defendants Mitchell College, Mary Ellen Jukoski and Vaughn Clapp, as well as Reid Burdick and Timothy West.  Various stays were entered in the case during settlement negotiations and the rehabilitation and liquidation proceedings involving the New London defendants' liability insurer.  However, settlement negotiations broke down in March 2003, at which time the New London defendants filed their Answer and Affirmative Defenses dated March 12, 2003.  Since that time, the plaintiffs and the Mitchell College defendants reached a settlement, although the date, terms and amount of settlement is not known by these defendants.  Upon information and belief, the plaintiffs and the Mitchell College defendants entered into a confidential settlement agreement.  The

claims against the Mitchell College defendants were withdrawn by plaintiffs' Motion to Withdraw (Doc. # 118) and this Court's order granting the Motion to Withdraw on September 9, 2003.  The New London defendants now move to amend their Affirmative Defenses to claim a set-off or credit for the settlement between the plaintiffs and the Mitchell College properties.

## II. LAW AND ARGUMENT

Rule 15 (a) permits amendment of pleadings upon leave of court.  The New London defendants request leave to amend their Affirmative Defenses to plead a set-off or credit in the amount of the settlement paid to plaintiffs by the Mitchell College defendants for the plaintiffs' claims involving the sale of the Mitchell College properties.  This amendment is necessary to put the plaintiffs on notice of the defendants' claim to a credit.  The Second Circuit adheres to the principle of the one satisfaction rule, which prohibits a plaintiff from recovering more than "one satisfaction for each injury."  Singer v. Olympia Brewing Co., 878 F. 2d 596, 600 (2d Cir. 1989).  "Where a settlement and a judgment compensate a plaintiff for the same injury, a non-settling defendant is entitled to a judgment reduction at least in

the amount of a prior settlement." <u>Gerber v. MTC Electronic Technologies</u>, __ F.3d __ (2003), Docket No. 02-7023 (2d Cir. June 4, 2003). At the trial of this case, defendants intend to claim a reduction of any jury award against them as to the claims involving the Mitchell College properties.

### III. <u>CONCLUSION</u>

For the foregoing reasons, the Court should grant defendants' request to amend to assert an additional affirmative defense.

>DEFENDANTS,
>THE CITY OF NEW LONDON, NEW LONDON ZONING BOARD OF APPEALS,
>REID BURDICK and TIMOTHY WEST
>
>By_____
>  Thomas R. Gerarde
>  ct05640
>  Howd & Ludorf
>  65 Wethersfield Avenue
>  Hartford, CT  06114
>  (860) 249-1361
>  (860) 522-9549 fax
>  tgerarde@hl-law.com

5

## **CERTIFICATION**

   This is to certify that a copy of the foregoing has been sent, handling charges prepaid, via U.S. Mail to the following counsel of record this 21st day of October, 2003.

Theodore J. Tucci, Esquire
Michael Kolosky, Esquire
Robinson & Cole, LLP
280 Trumbull Street
Hartford, CT  06103-3597

Thomas J. Londregan, Esquire
Brian Estep, Esquire
Conway & Londregan
38 Huntington Street
P.O. BOX 1351
New London, CT 06320

                _____
                Thomas R. Gerarde
                Howd & Ludorf
                65 Wethersfield Avenue
                Hartford, CT  06114
                 (860) 249-1361