UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| CONNECTICUT HOSPITAL MANAGEMENT CORP. d/b/a THE STONINGTON INSTITUTE, PROPERTY RESOURCES MANAGEMENT, MICHAEL ANGELIDES, ROBERT FOX, JOHN DOES ONE THROUGH FOUR | : : : : : : | CIVIL NO.: 3:00 CV 1987 (AHN)/(HBF) |
| Plaintiffs, V. | : : : | |
| THE CITY OF NEW LONDON, NEW LONDON ZONING BOARD OF APPEALS, REID BURDICK and TIMOTHY WEST. | : : : : | |
| Defendants. | : | OCTOBER 30, 2003 |

### RESPONSE TO DEFENDANTS' REQUEST
### FOR LEAVE TO AMEND ANSWER AND AFFIRMATIVE DEFENSES

Plaintiffs Connecticut Hospital Management Corp. d/b/a The Stonington Institute, Property Resources Management, Michael Angelides, Robert Fox and John Does One through Four ("plaintiffs") hereby respond to defendants' request for leave to amend their answer and affirmative defenses. Plaintiffs do not object to defendants' request to add an affirmative defense of set-off in the amount that plaintiffs received in settlement from Mitchell College. However, plaintiffs do not consent to the discovery of the settlement agreement at this stage in the litigation. The settlement agreement between plaintiffs and the former Mitchell College defendants is confidential, privileged, and unrelated to the remaining issues in the case. Plaintiffs will make the terms and amount of the settlement available to the Court if and when it is necessary to determine the amount of damages to be awarded in this case.

- 2 -

        CONNECTICUT HOSPITAL
        MANAGEMENT CORP. d/b/a THE
        STONINGTON INSTITUTE,
        PROPERTY RESOURCES
        MANAGEMENT,
        MICHAEL ANGELIDES,
        ROBERT FOX, JOHN DOES
        ONE THROUGH FOUR


By_____
   Theodore J. Tucci (ct05249)
   ttucci@rc.com
   Michael J. Kolosky (ct22686)
   mkolosky@rc.com
   Robinson & Cole LLP
   280 Trumbull Street
   Hartford, CT  06103-3597
   Tel. No.: (860) 275-8200
   Fax No.: (860) 275-8299

- 3 -

## CERTIFICATION

      This is to certify that a copy of the foregoing was sent via facsimile and first-class mail to the following on this 30th day of October 2003.

Thomas R. Gerard, Esq.
Melinda A. Powell, Esq.
Howd & Ludorf
65 Wethersfield Avenue
Hartford, CT  06114

Thomas J. Londregan, Esq.
Brian K. Estep, Esq.
Conway & Londregan
38 Huntington Street
P. O. Box 1351
New London, CT  06320

                                                                 _____
                                                                 Michael J. Kolosky