UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| CONNECTICUT HOSPITAL<br>MANAGEMENT CORP. d/b/a THE<br>STONINGTON INSTITUTE, PROPERTY<br>RESOURCES MANAGEMENT, MICHAEL<br>ANGELIDES, ROBERT FOX, JOHN DOES<br>ONE THROUGH FOUR<br><br>    Plaintiffs,<br>V.<br><br>THE CITY OF NEW LONDON, NEW<br>LONDON ZONING BOARD OF APPEALS,<br>REID BURDICK and TIMOTHY WEST.<br><br>    Defendants. | :<br>:<br>:<br>: CIVIL NO.: 3:00 CV 1987 (AHN)/(HBF)<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: DECEMBER 31, 2003 |

**PLAINTIFFS' MOTION TO SCHEDULE PRETRIAL CONFERENCE**

Pursuant to Rule 16 of the Federal Rules of Civil Procedure, plaintiffs Connecticut Hospital Management Corp. d/b/a The Stonington Institute, Property Resources Management, Michael Angelides, Robert Fox and John Does One through Four ("plaintiffs") respectfully request that the Court schedule a pretrial conference for the purpose of setting joint trial memorandum compliance deadlines and scheduling a trial date in this case. In support of this motion, plaintiffs state as follows:

1. This matter arose in October 2000 due to the defendants' interference with the plaintiffs' efforts to provide group homes for the addiction disabled.

2. This case has been stayed several times due to the rehabilitation and subsequent liquidation of the defendants' liability insurer, Legion Insurance Company ("Legion").

3. By order dated September 8, 2003, the Connecticut Superior Court stayed all proceedings in which an insured of Legion is a defendant. (Ex. 1.) That stay expires on January 25, 2004. (Id.)

4. The parties have engaged in extensive discovery despite the repeated stays of this case. All discovery has been completed but for the depositions of the City's two experts. After the City's experts are deposed, the parties will be prepared to submit the pretrial memorandum. No additional discovery is necessary for presentation of plaintiffs' case and no additional discovery has been sought by the City. This case can be ready for a trial on the merits in a matter of weeks.

5. For the foregoing reasons, plaintiffs respectfully request that the Court schedule a pretrial conference at its earliest convenience for the purpose of setting joint trial memorandum compliance deadlines and scheduling a trial date in this case.

> CONNECTICUT HOSPITAL
> MANAGEMENT CORP. d/b/a THE
> STONINGTON INSTITUTE,
> PROPERTY RESOURCES
> MANAGEMENT,
> MICHAEL ANGELIDES,
> ROBERT FOX, JOHN DOES
> ONE THROUGH FOUR
>
> By_____
> Theodore J. Tucci (ct05249)
> ttucci@rc.com
> Michael J. Kolosky (ct22686)
> mkolosky@rc.com
> Robinson & Cole LLP
> 280 Trumbull Street
> Hartford, CT 06103-3597
> Tel. No.: (860) 275-8200
> Fax No.: (860) 275-8299

## **CERTIFICATION**

This is to certify that a copy of the foregoing was sent via facsimile and first-class mail to the following on this 31st day of December 2003:

Thomas R. Gerard, Esq.
Melinda A. Powell, Esq.
Howd & Ludorf
65 Wethersfield Avenue
Hartford, CT  06114

Thomas J. Londregan, Esq.
Brian K. Estep, Esq.
Conway & Londregan
38 Huntington Street
P. O. Box 1351
New London, CT  06320

_____
Michael J. Kolosky

No.: CV: 03 0828269 )    SUPERIOR COURT

In re: Legion Insurance Company )
and Villanova Insurance Company )    JUDICIAL DISTRICT OF HARTFORD

)    AT Hartford, Connecticut

)

## ORDER FOR STAY OF PENDING LITIGATION

The Connecticut Insurance Guaranty Association (the "Association") having filed an Application For Stay of Pending Litigation it is hereby ordered:

Pursuant to Conn. Gen. Stat. §38a-851(a), all proceedings in Connecticut in which an insured of Legion Insurance Company ("Legion") or Villanova Insurance Company ("Villanova") or Legion or Villanova is a defendant are stayed for a period of six months from July 25, 2003, the date that the Liquidation Orders for Legion and Villanova were issued by the Commonwealth Court of Pennsylvania, and such additional time thereafter as may be determined by this Court, upon further application of the Association, to permit proper defense by the Fund of all such proceedings. This Order shall apply to all pending civil actions, arbitrations and other proceedings in Connecticut. If the Fund wishes to proceed voluntarily with any proceedings stayed by this Order, the Fund may do so without further order or action by this Court.

By the Court, ( J.)

_Langenbau_
9/8/03

Entered:

B1300096.1