**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

2004 JAN -5 A 10: 10

)SPITAL
)RP. d/b/a THE
TITUTE, PROPERTY
AGEMENT, MICHAEL  :   CIVIL NO.: 3:00 CV 1987 (AHN)/(HBF)
RT FOX, JOHN DOES
UR

LONDON, NEW
BOARD OF APPEALS,
TIMOTHY WEST.

DECEMBER 31, 2003

### FS' MOTION TO SCHEDULE PRETRIAL CONFERENCE

le 16 of the Federal Rules of Civil Procedure, plaintiffs Connecticut

Corp. d/b/a The Stonington Institute, Property Resources Management,

)bert Fox and John Does One through Four ("plaintiffs") respectfully

schedule a pretrial conference for the purpose of setting joint trial

ince deadlines and scheduling a trial date in this case. In support of this

 as follows:

atter arose in October 2000 due to the defendants' interference with the

rovide group homes for the addiction disabled.

:ase has been stayed several times due to the rehabilitation and subsequent

ifendants' liability insurer, Legion Insurance Company ("Legion").

---

3:00cv1987 (HBF)  27 January 2004

Plaintiffs' motion [doc # 126] is **GRANTED**. Counsel are to appear for a pre-trial conference on February 12, 2004 at 2 p.m in the chambers of Judge Holly B. Fitzsimmons, 915 Lafayette Blvd, Room 266, Bridgeport, CT.

SO ORDERED.

HOLLY B. FITZSIMMONS
UNITED STATES MAGISTRATE JUDGE