FILED

2003 AUG 11  P 12: 47

US ...

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| CONNECTICUT HOSPITAL MANAGEMENT CORP. D/B/A THE STONINGTON INSTITUTE, PROPERTY RESOURCES MANAGEMENT, MICHAEL ANGELIDES, ROBERT FOX, JOHN DOES ONE THROUGH THREE | : : : : : : | |
| | : | NO.: 3:00CV1987 (HBF) |
| v. | : : : | |
| THE CITY OF NEW LONDON, NEW LONDON ZONING BOARD OF APPEALS, REID BURDICK, TIMOTHY WEST, MITCHELL COLLEGE, MARY ELLEN JUKOSKI and VAUGHN CLAPP | : : : : : | AUGUST 8, 2003 |

## MOTION FOR STAY DUE TO LIQUIDATION

Pursuant to court order issued July 25, 2003, by the Commonwealth Court of Pennsylvania in the matter of M. Diane Koken, Insurance Commissioner of the Commonwealth of Pennsylvania v. Legion Insurance Company, Docket No. 183 MD 2002, Legion Insurance Company ("Legion") has been declared insolvent and order to be liquidated effective July 28, 2003. The Order of Liquidation (copy attached) specifically states in Paragraph 24 as follows:

> Unless otherwise agreed to by the Liquidator or by the relevant guaranty associations, all actions in which Legion is or may be obligated to defend a party in any court of law are stayed to the extent provided by applicable law, subject to further order of the Court. The Liquidator may cooperate, upon request of a guaranty association, in seeking a stay of any action.

ORAL ARGUMENT IS NOT REQUESTED

Motion Denied As Moot. It is SO ORDERED.

HON... FITZ... U.S.D.J.

DATE

25

FR

PD