FILED

2003 OCT 30 P 12: 19

UNITED STATES DISTRICT COURT

US DISTRICT COURT
BRIDGEPORT CT

DISTRICT OF CONNECTICUT

T HOSPITAL MANAGEMENT:
THE STONINGTON
ROPERTY RESOURCES
T, MICHAEL ANGELIDES,
JOHN DOES ONE
REE

NO.: 3:00CV1987 (HBF)

NEW LONDON,
ZONING BOARD OF
D BURDICK, TIMOTHY

OCTOBER 21, 2003

HOLLY B. FITZSIMMONS
UNITED STATES MAGISTRATE JUDGE

**OR LEAVE TO AMEND ANSWER AND AFFIRMATIVE DEFENSES**

endants, City of New London, Reid Burdick and Timothy

it to Rule 15(a) of the Fed. R. Civ. Pro., respectfully

to amend their Answer and Affirmative Defenses dated

)3, in accordance with the attached Amended Answer

e Defenses. The attached Amended Answer asserts an

native defense to claim a set-off or credit in the amount

ed from Mitchell College, Mary Ellen Jukoski and

hrough settlement for the claims involving the sale of

lege properties.

3:00cv1987 (HBF) 26 February 2004
Defendants' request to amend answer and affirmative defenses [doc # 123] is **granted**. The terms of the settlement between plaintiffs' and the Mitchell College defendants shall remain confidential until further order of the court.
SO ORDERED.

2004 MAR -2 P 5: 31
US DISTRICT COURT
BRIDGEPORT CT