119

FILED

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

2003 SEP 24 P 2: 53

| | | |
|---|---|---|
| CONNECTICUT HOSPITAL MANAGEMENT CORP. d/b/a THE STONINGTON INSTITUTE, PROPERTY RESOURCES MANAGEMENT, MICHAEL ANGELIDES, ROBERT FOX, JOHN DOES ONE THROUGH THREE | : | CIVIL NO.: 3:00 CV 1987 (AHN)/(HBF) |
| Plaintiffs, V. | : : : | |
| NEW LONDON and ...OLLEGE, ET AL. | : : | |
| ...nts. | : | SEPTEMBER 22, 2003 |

**PLAINTIFFS' MOTION TO**
**STRIKE DEFENDANTS' JURY DEMAND**

...t to Rule 38 of the Federal Rules of Civil Procedure and D. Conn. L. Civ. R. 7,

...reby move to strike the demand of the New London defendants for a jury trial on

...g claims in this case.

...randum of law in support of plaintiff's motion to strike is attached hereto.

HOLLY B. FITZSIMMONS
UNITED STATES MAGISTRATE JUDGE

3:00cv1987 (HBF) 26 February 2004

Plaintiffs' motion to strike defendants' jury demand [doc # 119] is denied as moot in light of plaintiffs' consent to trial by jury.

SO ORDERED.

FILED
2004 MAR -2 P 5: 31
US DISTRICT COURT
BRIDGEPORT CT