UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2004 MAR -2 P 4: 42
US DISTRICT COURT
BRIDGEPORT CT

CONNECTICUT HOSPITAL
MANAGEMENT CORP. d/b/a THE
STONINGTON INSTITUTE, ET AL,
    PLAINTIFFS,

v.

THE CITY OF NEW LONDON, ET AL,
    DEFENDANTS

CIV. NO. 3:00 CV 1987 (HBF)

## SCHEDULING ORDER

On February 12, 2004, the court conducted a conference to schedule the case for trial, and to continue ongoing settlement discussions. With the agreement of the parties, the following schedule was set.

Discovery will close on Friday, March 19, 2004. Plaintiffs will depose defendants' experts on or before March 19, 2004.

Jury selection will be held on Monday, April 19, 2004 at 10:30 a.m. Trial will commence on Tuesday, April 20, 2004 at 10:00 a.m., and is scheduled to be completed on or before April 26, 2004.

The parties' joint trial memorandum will be filed on or before Monday, April 5, 2004. A final pre-trial conference will be held on Monday, April 12, 2004 at 10:00 a.m.

The parties shall consult via telephone prior to the final pre-trial conference to determine whether any motions in limine will be heard at the conference. If so, motions in limine shall be filed on or before Monday, April 5, 2004.

The parties are encouraged to contact the court via

telephone should any additional issues arise that the parties cannot resolve.

    SO ORDERED at Bridgeport this __26__ day of February 2004.

                                   HOLLY B. FITZSIMMONS
                                   UNITED STATES MAGISTRATE JUDGE