UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| CONNECTICUT HOSPITAL MANAGEMENT CORP. d/b/a THE STONINGTON INSTITUTE, PROPERTY RESOURCES MANAGEMENT, MICHAEL ANGELIDES, ROBERT FOX, JOHN DOES ONE THROUGH FOUR | : : : : : : | CIVIL NO.:  3:00 CV 1987 (HBF) |
| | : | |
| Plaintiffs, | : | |
| V. | : | |
| | : | |
| THE CITY OF NEW LONDON, NEW LONDON ZONING BOARD OF APPEALS, REID BURDICK and TIMOTHY WEST. | : : : | |
| | : | |
| Defendants. | : | APRIL 2, 2004 |

## MOTION FOR CONTINUANCE

Pursuant to D. Conn. L. Civ. R. 7(b), plaintiffs hereby move for a continuance of the deadlines set in the Court's scheduling order dated February 26, 2004.

As grounds for this motion, plaintiffs submit that good cause exists to extend the scheduling order deadlines for a brief period of time to allow the parties to appear before the Court to conclude settlement discussions.  Furthermore, it would not promote settlement or be cost efficient to require the parties to incur the expense of completing discovery and submitting a joint trial memorandum prior to exhaustion of efforts to settle this case.

Plaintiffs request that the Court reset the discovery, trial preparation and trial dates for the earliest dates convenient for the Court in the event the case does not resolve.

Plaintiffs' counsel has contacted defendants' counsel, who has no objection to this motion.

- 2 -

PLAINTIFFS

CONNECTICUT HOSPITAL
MANAGEMENT CORP. d/b/a/ THE
STONINGTON INSTITUTE,
PROPERTY RESOURCES
MANAGEMENT,
MICHAEL ANGELIDES,
ROBERT FOX, JOHN DOES
ONE THROUGH FOUR

By:_____

Theodore J. Tucci (ct 05249)
ttucci@rc.com
Michael J. Kolosky  (ct 22686)
mkolosky@rc.com
Robinson & Cole LLP
280 Trumbull Street
Hartford, CT 06103-3597
Tel: (860) 275-8294
Fax: (860) 275-8299

- 3 -

## CERTIFICATION

This is to certify that a copy of the foregoing Motion for Continuance was sent via first class mail to the foregoing on this 2nd day of April, 2004:

Thomas R. Gerard, Esq.
Melinda A. Powell, Esq.
Howd & Ludorf
65 Wethersfield Ave.
Hartford, CT 06114

Thomas J. Londregan, Esq.
Brian K. Estep, Esq.
Conway & Londregan
38 Huntington Street
P. O. Box 1351
New London, CT  06320

_____
Theodore J. Tucci