# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | |
|---|---|
| CONNECTICUT HOSPITAL MANAGEMENT CORP. d/b/a THE STONINGTON INSTITUTE, PROPERTY RESOURCES MANAGEMENT, MICHAEL ANGELIDES, ROBERT FOX, JOHN DOES ONE THROUGH FOUR : : : : : : | CIVIL NO.: 3:00 CV 1987 (AHN)/(HBF) |
|     Plaintiffs, : | |
| V. : | |
| THE CITY OF NEW LONDON, NEW LONDON ZONING BOARD OF APPEALS, REID BURDICK and TIMOTHY WEST. : : : : | |
|     Defendants. : | OCTOBER 1, 2004 |

## STIPULATION OF DISMISSAL

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, the parties hereby stipulate to dismissal of this action by plaintiff with prejudice, each party to bear his or its own costs.

PLAINTIFFS
CONNECTICUT HOSPITAL
MANAGEMENT CORP. d/b/a THE
STONINGTON INSTITUTE,
PROPERTY RESOURCES MANAGEMENT,
MICHAEL ANGELIDES, ROBERT FOX,
JOHN DOES ONE THROUGH FOUR

DEFENDANTS
THE CITY OF NEW LONDON, NEW
LONDON ZONING BOARD OF
APPEALS, REID BURDICK and
TIMOTHY WEST

By: _____
    Theodore J. Tucci (ct05249)
    ttucci@rc.com
    Michael J. Kolosky (ct22686)
    mkolosky@rc.com
    Robinson & Cole LLP
    280 Trumbull Street
    Hartford, CT 06103-3597
    Tel. No.: (860) 275-8200
    Fax No.: (860) 275-8299

By: _____
    Melinda A. Powell (ct17049)
    mpowell@hl-law.com
    Howd & Ludorf
    65 Wethersfield Avenue
    Hartford, CT 06114
    Tel. No.: (860) 249-1361
    Fax No.: (860) 246-2375

By: _____
    Brian K. Estep (ct07986)
    Conway & Londregan
    bestep.c-l@snet.net
    38 Huntington Street
    P. O. Box 1351
    New London, CT 06320
    Tel. No.: (860) 447-3171
    Fax No.: (860) 444-6103