136

FILED

2004 OCT -8 P 12: 24

U.S. DISTRICT COURT

# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| CONNECTICUT HOSPITAL MANAGEMENT CORP. d/b/a THE STONINGTON INSTITUTE, PROPERTY RESOURCES MANAGEMENT, MICHAEL ANGELIDES, ROBERT FOX, JOHN DOES ONE THROUGH FOUR : : : : : : : | CIVIL NO.: 3:00 CV 1987 (AHN)/(HBF) |
| Plaintiffs, : | |
| v. : | |
| THE CITY OF NEW LONDON, NEW LONDON ZONING BOARD OF APPEALS, REID BURDICK and TIMOTHY WEST. : : : | |
| Defendants. : | OCTOBER 1, 2004 |

SO ORDERED ALAN H. NEVAS, U.S.D.J. 10/13, 20 04  APPROVED

## STIPULATION OF DISMISSAL

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, the parties hereby stipulate to dismissal of this action by plaintiff with prejudice, each party to bear his or its own costs.